

# Fourth Court of Appeals
## San Antonio, Texas

August 5, 2019

No. 04-19-00528-CV

**IN RE** John **EBIN** and Joyce O'Connor

Original Mandamus Proceeding[1]

### ORDER

Sitting:    Sandee Bryan Marion, Chief Justice[2]
              Rebeca C. Martinez, Justice
              Patricia O. Alvarez, Justice

On August 5, 2019, relators filed a petition for writ of mandamus and a motion for stay pending final resolution of the petition for writ of mandamus. Relators' request for a stay is GRANTED. All proceedings in the underlying case are STAYED pending final resolution of the petition for writ of mandamus.

Relators are ORDERED to file the reporter's record from the hearing held on August 1, 2019 **no later than August 15, 2019**.

This court believes a serious question concerning the mandamus relief sought requires further consideration. *See* TEX. R. APP. P. 52.8(b). The respondent and real parties in interest may file a response to the petition for writ of mandamus in this court **no later than fifteen days from the date the above-referenced reporter's record is filed.** Any such response must conform to Texas Rule of Appellate Procedure 52.4.

It is so **ORDERED** on August 5, 2019.

**PER CURIAM**

ATTESTED TO: _____
                  Keith E. Hottle
                  Clerk of Court

---

[1] This proceeding arises out of Cause No. 17365B, styled *Joyce R. O'Connor and John C. Ebin v. USAA Casualty Insurance Co. and Kimberly Schaeffer,* pending in the 198th Judicial District Court, Kerr County, Texas, the Honorable Rex Emerson presiding.

[2] Chief Justice Marion dissents to the order.